JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INDICTMENT

      -v.-                              :    08 CRIM 743

EBONI HANCOX,                      :

             Defendant.        :

- - - - - - - - - - - - - - - - - -x

### COUNT ONE

The Grand Jury charges:

1. On or about January 9, 2008, in the Southern District of New York and elsewhere, the defendant, EBONI HANCOX, unlawfully, knowingly, and wilfully, did make, utter, and possess a counterfeited security of an organization with the intent to deceive another person and organization, to wit, HANCOX passed counterfeit checks at check cashing establishments.

(Title 18, United States Code, Section 513(a).)

### FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in this Indictment, EBONI HANCOX, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of the offense charged herein, to wit, passing counterfeit securities.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2008

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981, 982,
Title 28, United States Code, Section 2461,
and Title 18, United States Code, Section 513.)

_____
Foreperson

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EBONI HANCOX,

                Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 513.)

           MICHAEL J. GARCIA
          United States Attorney.

A TRUE BILL

*[signature]*
                         Foreperson.

*[handwritten annotations, illegible]* 8/11/8