Kenneth C. Murphy
Simon & Partners LLP
30 Rockefeller Plaza, 42nd floor
New York, N.Y. 10112
(212) 332-8900

------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|      Plaintiff, | Case Number 08-Cr-743-DC |
| vs. | |
| EBONI HANCOX, | **Notice of Appearance** |
|      Defendants. | **Electronically Filed** |

------------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that, from this time forward, the law firm of Simon & Partners LLP shall appear as counsel of record for Defendant Eboni Hancox in the above-captioned matter.

Dated: August 25, 2008

                   _____
                   Kenneth C. Murphy (9330)
                   Simon & Partners LLP
                   30 Rockefeller Plaza, 42nd Floor
                   New York, N.Y. 10112
                   KCMurphy@simonlawyers.com
                   (212) 332-8900 (p)
                   (212) 332-8909 (f)