## SIMON & PARTNERS LLP

30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

NEW YORK
WASHINGTON, D.C.
PARIS

August 26, 2008

Via ECF

Honorable Denny Chin
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1020
New York, New York 10007

      Re:   *U.S. v. Eboni Hancox*
             08 Cr. 743 (DC)

Dear Judge Chin:

      We represent defendant Eboni Hancox in the above-referenced matter. As you may recall, her case was on the court calendar yesterday, August 25, 2008 at 2:30 p.m. Unfortunately, Ms. Hancox was not in the courtroom when the case was called. At your Honor's direction, I write to inform the Court why my client was not present at the appropriate time.

      Ms. Hancox and her family were driving on their way to the courthouse from their home in the Bronx when they encountered unusually heavy traffic on the East Side Drive in Manhattan. Ms. Hancox called my office, which, in turn, called me on my cellular telephone to inform me of the unanticipated delay; however, because I am not permitted by court rules to bring my phone into the courthouse, I did not get the message until after I departed.

      It is my understanding that Ms. Hancox checked in with your Courtroom Deputy upon her arrival but after the case was called and after my departure. To insure that this will not be a problem in the future, I met with Ms. Hancox yesterday afternoon and stressed to her the importance of making certain that this does not happen again.

SIMON & PARTNERS LLP

Honorable Denny Chin
August 26, 2008
Page 2

      Once again, on behalf of myself and Ms. Hancox, we would like to express our apologies and gratitude to your Honor and to A.U.S.A. Kasulis for each of your respective patience in this regard.

                                          Respectfully submitted,

                                          Kenneth C. Murphy

cc:    AUSA Telemachus P. Kasulis (By ECF)